No. 72–5935. RUDERER *v.* KLEINDIENST, ATTORNEY GENERAL, 410 U. S. 949. Motion for leave to file petition for rehearing and all other relief denied.

JUNE 19, 1973

No. 72–6818. DIAZ-RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.